PER CURIAM.

(No. 74-CC-872—)

MARY M. COULOMBE, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed July 19, 1974.*

MARY M. COULOMBE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6531—)

CENTRAL SCIENTIFIC COMPANY, Claimant, *vs.* STATE OF ILLINOIS, NORTHEASTERN ILLINOIS UNIVERSITY, Respondent.

*Opinion filed July 25, 1974.*

CENTRAL SCIENTIFIC COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; FRANK M. BRADY, Assistant Attorney General, for Respondent.

CONTRACTS—*lapsed appropriation.* When the appropriation from which a claim should have been paid has lapsed, the Court will enter an award for the amount due claimant.

PER CURIAM.